UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS HILLERY, an individual, and as Guardian Ad Litem for MARY JANE HILERY, an adult,<br><br>Plaintiffs,<br><br>v.<br><br>SUN CITY ANTHEM COMMUNITY ASSOCIATION, INC.; DOE INDIVIDUALS 1 through 100; ROE BUSINESS ENTITIES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:17-CV-02639-MMD-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion for Leave for Defendant's Carrier Representative to Appear Telephonically Pursuant to LR 7-2 and ECF No. 77 (ECF No. 78).

Good cause appearing,

IT IS HEREBY ORDERED that Defendant's insurance carrier may attend the settlement conference, set for December 19, 2019 at 9:00 a.m., telephonically.

IT IS FURTHER ORDERED that Defendant's insurance carrier shall be available telephonically commencing at 9:00 a.m. and ending at 5:00 p.m., Pacific Standard Time, on that same date.

DATED: November 5, 2019

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1