LIPSON NEILSON, P.C.
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
DAVID T. OCHOA, ESQ. (BAR NO. 10414)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702)!382-1500 - Telephone
(702)!382-1512 - Facsimile
kanderson@lipsonneilson.com
dochoa@lipsonneilson.com
*Attorneys for Sun City Anthem Community Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS HILLERY, an individual, and as Guardian Ad Litem for MARY JANE HILLERY, an adult,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN CITY ANTHEM COMMUNITY ASSOCIATION, INC.; DOE INDIVIDUALS 1 through 100; ROE BUSINESS ENTITIES 1 through 25, inclusive<br><br>Defendants. | CASE NO.: 2:17-cv-02639-MMD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PURSUANT TO SETTLEMENT** |

COME NOW, Plaintiffs, THOMAS HILLERY, an individual, and as Guardian Ad Litem for MARY JANE HILLERY, an adult, and Defendant, SUN CITY ANTHEM COMMUNITY ASSOCIATION, (collectively, the "Parties"), by and through their undersigned attorneys hereby stipulate and agree as follows:

WHEREAS:

1. On October, 12, 2017, Plaintiffs filed a Complaint for discrimination and other claims against Defendant;

2. On December 16, 2018, Plaintiffs filed their Second Amended Complaint against Defendant;

3. On December 27, 2018, Defendants Answered the Second Amended Complaint denying discrimination and all other claims therein;

4. On October 28, 2019, an Order setting settlement conference was entered [ECF No. 77];

5. On December 19, 2019, the Parties participated in a settlement conference that was continued to December 23, 2019 [ECF No. 85];

6. On December 23, 2019, the settlement conference concluded with the Parties reaching a confidential global settlement of all claims [ECF No. 86], and the Parties have since executed a confidential settlement agreement; and

7. Each Party shall bear its own fees and costs incurred in this litigation and settlement.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that Plaintiff's Second Amended Complaint against Defendant is hereby dismissed in its entirety ***with prejudice***.

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the Parties.

Lipson Neilson, P.C.
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own attorney's fees and costs incurred in this litigation and settlement.

**IT IS SO STIPULATED.**

Dated this __17TH__ day of March 2020.  Dated this __17TH__ day of March 2020.

N.R. DONATH & ASSOCIATES PLLC   LIPSON NEILSON P.C.

By: /s/ Nicolas R. Donath   By: /s/ David T. Ochoa
    NICOLAS R. DONATH       DAVID T. OCHOA
    Nevada Bar No. 13106       Nevada Bar No. 10414
    871 Coronado Center Dr., Suite 200       9900 Covington Cross Drive, Suite 120
    Henderson, Nevada 89052       Las Vegas, Nevada 89144

*Attorney for Plaintiffs*   *Attorney for Defendant*

**IT IS SO ORDERED**.

By: _____

Judge, U.S. District Court

Dated this 17th day of March, 2020.

# CERTIFICATE OF SERVICE

I hereby certify that on the __17TH__ day of March, 2020, service of the foregoing **STIPULATION AND ORDER TO DISMISS PURSUANT TO SETTLEMENT** was made by electronic submission and filing of the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

Nicolas R. Donath, Esq.
N.R. DONATH & ASSOCIATES PLLC
871 Coronado Center Dr., Suite 200
Las Vegas, NV 89145
(702) 475-8884
(702) 938-8625 (fax)
nick@nrdarelaw.com

Jason A. Close, Esq.
CLOSE LAW GROUP
2831 Saint Rose Pkwy., Ste 240
Henderson, NV 89052
(702) 983-4254
(702) 924-4645 (fax)
jason@closelawgroup.com

*Attorneys for Plaintiff*

                                        *s/ David Ochoa*
                                        Employee of
                                        LIPSON NEILSON, P.C.

Lipson Neilson, P.C.
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

Page 4 of 4

Stipulation And Order To Dismiss Pursuant To Settlement (Case No. 2:17-cv-02639-MMD-EJY)